82 So.2d 569

### Grover HARBIN

v.

### STATE.

8 Div. 826.

Supreme Court of Alabama.

Sept. 22, 1955.

Smith, Johnston & Butler, Huntsville, for petitioner.

John Patterson, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Grover Harbin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Harbin v. State, 82 So.2d 565.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MAYFIELD, JJ., concur.

82 So.2d 565

### H. L. JOHNSON (H. L. Johnson Lbr. Co.)

v.

### Roy A. COX.

6 Div. 943.

Supreme Court of Alabama.

Sept. 22, 1955.

Jackson, Rives, Pettus & Peterson, Birmingham, for petitioner.

Taylor, Higgins, Windham & Perdue, Birmingham, opposed.

MAYFIELD, Justice.

Petition of H. L. Johnson (H. L. Johnson Lumber Co.) for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Johnson v. Cox, 82 So.2d 562.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.

83 So.2d 356

### J. T. (Tom) KNIGHT et ux.

v.

### TAYLOR REAL ESTATE & INSURANCE CO.

6 Div. 979.

Supreme Court of Alabama.

Nov. 10, 1955.

Harvey M. Emerson, Homewood, for petitioners.

J. Terry Huffstutler, Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of J. T. Knight and wife for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Knight v. Taylor Real Estate & Ins. Co., 83 So.2d 353.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.